IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUGH A. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV680 |
| | ) | |
| v. | ) | |
| | ) | |
| B&W, Co. Inc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the plaintiff's Motion for Enlargement of Time (Filing No. 17). In his motion, the plaintiff does not state which deadline he wishes to extend or how much additional time he is requesting. After reviewing the record, the court notes that the only deadline that the plaintiff may have been unable to meet was the April 15, 2007 mandatory disclosures deadline. Therefore, the court will grant the parties an extension of time until May 15, 2007 to provide the mandatory disclosures described in Fed. R. Civ. P. 26(a)(1). If the plaintiff wishes to extend any other deadlines he needs to inform the court in detail what deadline he wishes to extend, and the amount of time he is requesting.

IT IS SO ORDERED.

DATED this 24th day of April, 2007.

BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge