IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGH A. COOK, | ) |
| | ) |
| Plaintiff, | )   8:06CV680 |
| | ) |
| v. | ) |
| | ) |
| B&W, Co. Inc.,, | )   REASSIGNMENT ORDER |
| | ) |
| Defendant. | ) |

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision.

DATED this 18th day of May, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge