```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

HUGH A. COOK,                    )
                                 )
            Plaintiff,           )        8:06CV680
                                 )
      v.                         )
                                 )
B&W, CO. INC.,                   )        ORDER
                                 )
            Defendant.           )
                                 )
```

     This case has been reassigned to the undersigned for judicial supervision.

     IT THEREFORE HEREBY IS ORDERED,

     The Rule 16 telephone conference will be held with the undersigned magistrate judge on August 27, 2007 at 9:30 a.m. Plaintiff's counsel shall place the call to 402-437-5235.

     DATED this 22nd day of May, 2007.

                                     BY THE COURT:

                                     s/ *David L. Piester*
                                     David L. Piester
                                     United States Magistrate Judge