IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUGH A. COOK, | ) |
| | ) |
| Plaintiff, | )    8:06CV680 |
| | ) |
| v. | ) |
| | ) |
| B&W CO., INC., | )    ORDER |
| | ) |
| Defendant. | ) |

Following a telephone conference with counsel this date,

IT IS ORDERED:

Defendant's objection to the mediation reference order and request to reinstate deadlines, filing 36, is granted, and

1.  The mediation reference order, filing 33, is withdrawn.

2.  The prior progression order is reinstated.

3.  The summary judgment motion, filing 29, is reinstated.

4.  Plaintiff is given to October 31, 2007 to file a response to the summary judgment motion.

DATED this 10th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge