IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUGH A. COOK, | ) | 8:06CV680 |
| | ) | |
| Plaintiff, | ) | |
| vs | ) | **ORDER** |
| | ) | |
| B & W CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to F.R.A.P. 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Plaintiff's application to proceed in forma pauperis on appeal (filing 46) is granted;

2. Counsel's motion to withdraw (filing 49) is referred to the United States Court of Appeals for the Eighth Circuit for disposition, as appropriate; and

3. The Clerk of the court is directed to process Plaintiff's notice of appeal (filing 47) and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

December 31, 2007.              BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge